No. 71–1507.  MONROE, DBA NORTH AREA REFUSE Co. *v.* CUSSEN.  C. A. 9th Cir.  Certiorari denied.

No. 71–1515.  RODOVICH *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–1516.  HARRELL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–1518.  HANDY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–1519.  BROWN ET AL. *v.* SCOTT.  C. A. 8th Cir.  Certiorari denied.

No. 71–1520.  KIRKPATRICK *v.* WISCONSIN DEPARTMENT OF NATURAL RESOURCES.  Sup. Ct. Wis.  Certiorari denied.

No. 71–1521.  HEATH ET AL. *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 71–1524.  LAY ET AL. *v.* CITY OF KINGSPORT, TENNESSEE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 71–1526.  EISENSTADT, SHERIFF *v.* BAKER; and
No. 71–1679.  BAKER *v.* EISENSTADT, SHERIFF.  C. A. 1st Cir.  Certiorari denied.  Reported below: 456 F. 2d 382.

No. 71–1527.  FLORIDA MACHINE & FOUNDRY Co. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Certiorari denied.

No. 71–1533.  BELLO ET AL. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 71–1557.  NATIONAL SURETY CORP. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.